## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

John Givens
                      Plaintiff,

v.                                               Case No.: 1:14–cv–01269
                                                     Honorable Andrea R. Wood

Thomas Dart, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 10, 2014:

       MINUTE entry before the Honorable Andrea R. Wood: Plaintiff's unopposed motion to dismiss this action without prejudice [30] is granted. This case is dismissed without prejudice. All pending motions are terminated as moot. The motion presentment date of 9/16/2014 is stricken. Parties need not appear. Mailed notice (ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.